RAFIA AHMED, Individually and as Executrix of NAFIS AHMED, Deceased, Appellant, v JOHN PANNONE, M.D., et al., Respondents, et al., Defendant.

Submitted August 3, 2015; decided September 3, 2015

Motion for reargument of motion for leave to appeal denied [*see* 25 NY3d 964 (2015)].

SUSAN ARANOFF, Respondent, v GERALD ARANOFF, Appellant.

Submitted June 22, 2015; decided September 3, 2015

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution. Motion for poor person relief dismissed as academic.

In the Matter of the Claim of RENEA E. AUSSICKER, Respondent. PARK RIDE FLY USA, Appellant; COMMISSIONER OF LABOR, Respondent.

Submitted July 13, 2015; decided September 3, 2015

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.